COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd. v. Andrew Kohlmeyer and April Kohlmeyer

Appellate case number: 01-19-00519-CV

Trial court case number: 18-CV-1285

Trial court: 10th District Court of Galveston County

This is an accelerated appeal from the trial court's June 28, 2019 order denying appellants' amended plea in abatement and motion to compel arbitration. Appellants have filed an opposed motion to stay the trial court proceedings pending this Court's disposition of the appeal.

We **grant** appellants' motion and **order** all trial court proceedings stayed pending disposition of this appeal. *See* TEX. R. APP. P. 29.3.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
             ☑ Acting individually   ☐ Acting for the Court

Date: _August 19, 2019___